UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 14-0759-DOC (ANx)            Date: May 21, 2014

Title: MANOJKUMAR BHAKTA, ET AL. v. ALEXIS ALTAMIRANO, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE AS TO WHY THE COURT SHOULD NOT REMAND

On May 15, 2014, pro se Defendant Alexis Altamirano removed this action from Orange County Superior Court. Notice of Removal (Dkt. 1).[1]

Defendant appears to assert federal question jurisdiction. *Id.* But, by all appearances, this suit is an unlawful detainer action that raises only state law questions.

Therefore, the Court hereby ORDERS both parties to SHOW CAUSE as to why this case should not be remanded to state court. Parties must file briefing to the Court explaining the grounds for federal jurisdiction on or before June 16, 2014. Furthermore, the Court sets a hearing on this matter for June 23, 2014 at 8:30 a.m. Otherwise, the Court is inclined to REMAND for lack of subject matter jurisdiction.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                          Initials of Deputy Clerk: jcb

---

[1] This Court has a duty to interpret pro se pleadings liberally. *See Hughes v. Rowe*, 449 U.S. 5, 9 (1980); *Bernhardt v. Los Angeles Cnty.*, 339 F.3d 920, 925 (9th Cir. 2003).